No. 10–6225. DODSON v. COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 10–6228. RIDEOUT v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–6231. QAZZA v. KANE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6233. RILEY v. SUPREME COURT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 10–6235. PINSON v. GRIMES ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–6237. MATTHEWS v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6241. PATTERSON v. SHEAROUS. C. A. 4th Cir. Certiorari denied.

No. 10–6245. ROBINSON v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 10–6251. GOODRUM v. BROWN, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6282. ZIED v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–6289. JAMES v. T. H. CONTINENTAL LIMITED PARTNERSHIP. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 10–6294. MCCOIN v. FICKLE. C. A. 9th Cir. Certiorari denied.

No. 10–6299. TAYLOR v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–6325. HAYWARD v. GODINEZ, EXECUTIVE DIRECTOR, COOK COUNTY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.